751 A.2d 1045

IN THE MATTER OF MICHAEL A. NELSON,
AN ATTORNEY AT LAW.

June 7, 2000.

## ORDER

The Disciplinary Review Board on January 11, 2000, having filed with the Court its decision concluding that a letter of

admonition should be issued to **MICHAEL A. NELSON** of **NEW BRUNSWICK**, who was admitted to the bar of this State in 1988, for violations of *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain matter to client to extent necessary to permit informed decisions) and *RPC* 1.16(d) (failing to take steps to protect client's interests upon termination of representation), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.